UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -8 P 1:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

JOHN A. LEONARD, M.D.,

    Plaintiff,

vs.

SOUTH SHORE HOSPITAL

    Defendant.

C. A. No. 03CV12363DPW

---

## JOINT MOTION TO REMAND CASE TO STATE COURT

Plaintiff John A. Leonard, M.D. and Defendant South Shore Hospital jointly move this Court to remand this case back to Norfolk Superior Court. South Shore Hospital removed this case pursuant to 28 U.S.C. §1441 on diversity of citizenship grounds. However, diversity does not lie as South Shore Hospital is located in Massachusetts.

Respectfully submitted,

JOHN A. LEONARD, M.D.

SOUTH SHORE HOSPITAL

_____
Scott E. Bettencourt, (BBO #564070)
Law Offices of Elizabeth C. Bettencourt
333 Tremont Street
Duxbury, MA 02332
(617) 872-4241

_____
Stephen T. Paterniti (BBO# 564860)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: December 5, 2003

## CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of December, 2003, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Scott E. Bettencourt, Law Offices of Elizabeth C. Bettencourt, 333 Tremont Street, Duxbury, MA, 02332, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP

H:\PaternіS\south shore hospital (2733)\leonard (69833)\pleadings\joint motion to remand.doc