UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN A. LEONARD,
    Plaintiff

CIVIL ACTION NO. 03-12362-DPW

v.

SOUTH SHORE HOSPITAL,
    Defendant

## ORDER FOR REMAND

WOODLOCK, District Judge

   In accordance with the Court's Allowance of the Joint Motion to Remand (#4), it is hereby ORDERED that the above entitled action be, and it hereby is, REMANDED to the Superior Court of the Commonwealth of Massachusetts, Norfolk County, for further proceedings.

   It is further ORDERED that the Scheduling Conference previously set for January 21, 2004 is CANCELLED in view of remand.

                          BY THE COURT,

                          /s/ Rebecca Greenberg
                          Deputy Clerk

DATED: December 9, 2003